# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

GERARDO MARTINEZ-CANTERAR,

           Defendant.

**APPEARANCE**

Case Number: 08MJ0393

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    GERARDO MARTINEZ-CANTERAR

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/12/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name                           Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City          State         Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number                   Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 12, 2008                              /s/ Shaffy Moeel
                                                                            SHAFFY MOEEL
                                                                            Federal Defenders of San Diego, Inc.
                                                                            225 Broadway, Suite 900
                                                                            San Diego, CA 92101-5030
                                                                            (619) 234-8467 (tel)
                                                                            (619) 687-2666 (fax)
                                                                            e-mail: Shaffy_Moeel@fd.org